**Electronically Filed
Supreme Court
SCWC-22-0000585
30-MAY-2024
01:26 PM
Dkt. 23 OGAC**

SCWC-22-0000585

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ALPHA, INC.,
Petitioner and Respondent/Appellant-Appellant,

vs.

BOARD OF WATER SUPPLY, CITY AND COUNTY OF HONOLULU,
Respondent and Petitioner/Appellee-Appellee,

and

OFFICE OF ADMINSITRATIVE HEARINGS,
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS, STATE OF HAWAIʻI,
Respondent/Appellee-Appellee

and

BEYLIK/ENERGETIC A JV,
Respondent/Appellee-Intervenor-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000585; CASE NO. 1CCV-22-0000929)

ORDER ACCEPTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner and Respondent/Appellant-Appellant Alpha, Inc.'s

application for writ of certiorari filed on April 19, 2024, and

Respondent and Petitioner/Appellee-Appellee Board of Water

Supply, City and County of Honolulu's application for writ of certiorari filed on April 22, 2024, are accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

For purposes of oral argument, Alpha, Inc. is designated as Petitioner and Board of Water Supply, City and County of Honolulu is designated as Respondent.

DATED:  Honolulu, Hawaiʻi, May 30, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

